IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:23-CR-00133-D2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER TO SEAL** |
| v. | ) | Docket Entry 441 |
| | ) | |
| | ) | |
| VLASCO VALDEZ-MATOS, | ) | |

On the motion of the Defendant, Vlasco Valdez-Matos and for good cause shown, it is ORDERED that Docket Entry 441 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 441.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the __9__ day of September, 2025.

James C. Dever III
United States District Court Judge