IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-133-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VLASCO VALDEZ-MATOS, | ) | |
| | ) | |
| Defendant. | ) | |

On January 20, 2026, ("defendant" or "Valdez-Matos"), proceeding pro se, filed a motion to receive his sentencing transcript without paying the standard fee [D.E. 469].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Valdez-Matos has failed to show a particularized need for the sentencing transcript.

In sum, to the extent defendant seeks to obtain his sentencing transcript without charge, the court DENIES as meritless his motion [D.E. 469]. Defendant may submit his request for a copy of the sentencing transcript directly to the clerk of court and must pay the required fee. Further, the court DISMISSES as moot the defendant's request for a status update filed on April 28, 2026. See [D.E. 482].

SO ORDERED. This 4 day of May, 2026.

JAMES C. DEVER III
United States District Judge